FITTER et al., Respondents, v. MORONEY et al., Appellants. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Helene Fitter and another against Edward Moroney and others. W. C. Rosenberg, for appellants. L. L. Delafield, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

F. J. EMMERICH CO. v. SLOANE. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by the F. J. Emmerich Company against W. & J. Sloane. No opinion. Motion granted.

FLOOD, Respondent, v. PATTON, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Bernard Flood against James G. Patton. H. Reeves, for appellant. P. S. Menken, for respondent. No opinion. Judgment and order affirmed, with costs.

FOGARTY, Appellant, v. GENERAL CHEMICAL CO., Respondent. FLEMING, Appellant, v. SAME. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Actions by Patrick Fogarty and John Fleming against the General Chemical Company.

PER CURIAM. Judgment and order in each case reversed, and new trial granted, costs to abide the event, for error at folio 231 of the case on appeal, in instructing the jury that they could not find for the plaintiffs, unless they found that the hooks in question were bent or broken. This instruction in our judgment limited the issue to a narrower compass than was permissible under the pleadings and proof.

FOLEY v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Michael F. Foley against the Lehigh Valley Railroad Company. No opinion. Motion denied, with $10 costs.

FOLLETT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Walter Follett against the city of New York. No opinion. Motion for leave to perfect appeal denied, with costs.

FRANK L. FISHER CO. v. WOODS. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by the Frank L. Fisher Company against Robert L. Woods. No opinion. Motion for leave to go to the Court of Appeals granted.

FREESE, Respondent, v. INTERURBAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Charles F. Freese against the Interurban Street Railroad Company. B. H. Ames, for appellant. J. McBrien, for respondent. No opinion. Judgment and order affirmed, with costs.

FRIEDMAN, Respondent, v. RAMON HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Amalia Friedman against the Ramon Hotel Company, impleaded. A. U. Zinke, for appellant. G. H. Taylor, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FOX. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) In the matter of the application of Margaret M. Fox in behalf of Edward J. Russell for writs of habeas corpus and certiorari, etc. No opinion. Order affirmed, with $10 costs and disbursements.

FOX et al., Respondent, v. NORTON & DALTON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by John Fox and another against the Norton & Dalton Contracting Company. F. L. Taylor, for appellant. E. Bushe, for respondent. No opinion. Judgment affirmed, with costs.
(110 App. Div. 890)

FRANK L. FISHER CO., Appellant, v. WOODS. Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Frank L. Fisher Company against Robert L. Woods. J. H. Hull, for appellant. J. T. Sackett, for respondent. No opinion. Judgment affirmed, with costs, on Whiteley v. Terry, 83 App. Div. 197, 82 N. Y. Supp. 89.

FREY, Respondent, v. NATIONAL BRIDGE SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William J. Frey against the National Bridge Supply Company. No opinion. Judgment and order unanimously affirmed, with costs.

FRIEDMANN, Respondent, v. DE RIVERA, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Amalia Friedmann against William J. De Rivera, etc. J. M. Keatinge, for appellant. G. H. Taylor, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRIEDMANN, Respondent, v. RAMON HOTEL CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Amalia Friedmann against the Ramon Hotel Company and others. A. U. Zinke, for appellants. G. H. Taylor, Jr. for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FROMENT et al. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) In the matter of the application of Frank L. Froment and another, etc. No opinion. Order resettled, so as to grant costs of the appeal as well as costs on the dismissal of the proceeding.